UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE PRESLEY,<br><br>　　　　　　　Petitioner,<br><br>AMY MILLER,<br><br>　　　　　　　Respondent. | No.  2:14-cv-1991 GEB GGH P<br><br><br>ORDER |

  On May 22, 2015, the Attorney General forwarded some documents signed by petitioner which it had received in its office, but which appeared to be intended for court filing in this case. (ECF No. 23.)  The documents include a (1) "notice to the court to excuse the untimel[i]ness of traverse; declaration thereto," a (2) "notice to the court; declaration thereto," and a (3) Reply to the Answer.  In sum, petitioner has requested that his late filed traverse be excused due to his inability to access the law library.  Although the court did not previously receive any requests for extensions of time to file a traverse, the court will excuse the belated traverse for the reasons stated in petitioner's declarations.

  Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to separately file each of the three documents attached to respondent's May 22, 2015 filing, and to separately file them as of the May 22nd date.

/ / /

/ / /

1

2. Petitioner's late filed Reply is considered timely.

DATED: June 9, 2015

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Pres1991.eot-trav